UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIRIAM SANDOVAL SUAREZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-124 |
| § | |
| ROBERT M. COWAN, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 29, 2019, the United States Magistrate Judge issued a Report and Recommendation (Doc. 9) recommending that the Defendants' Motion to Dismiss Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (Doc. 5) be granted. No party objected to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation (Doc. 9). Accordingly, it is:

**ORDERED** that Defendants' Motion to Dismiss Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (Doc. 5) is **GRANTED**; and

**ORDERED** that all claims raised by Miriam Sandoval Suarez are dismissed without prejudice for lack of jurisdiction.

SIGNED this 7th day of January, 2020.

Fernando Rodriguez, Jr.
United States District Judge